390 A.2d 307

Hannon, Appeal of.

Argued March 23, 1978. Robert J. Nolan, for appellant; Anthony J. Popeck, Assistant District Attorney, submitted a brief for appellee.

Order affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.

390 A.2d 308

Harris et al., Appellants, v. Bucks County Society for the Prevention of Cruelty to Animals et al.

Argued March 23, 1978. Stephen B. Harris, for appellants; George M. Bush, submitted a brief for appellees.

Order affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.